# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| RACHEL ANDREWS, INDIVIDUALLY, AND M.B., A MINOR, BY RACHEL ANDREWS, HIS PARENT AND NATURAL GUARDIAN | : | No. 377 EAL 2021 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| | : | |
| THE DEVEREUX FOUNDATION, THE DEVEREUX FOUNDATION D/B/A DEVEREUX ADVANCED BEHAVIORAL HEALTH, THE DEVEREUX FOUNDATION D/B/A DEVEREUX ADVANCED BEHAVIORAL HEALTH PENNSYLVANIA, THE DEVEREUX FOUNDATION D/B/A DEVEREUX PENNSYLVANIA, THE DEVEREUX FOUNDATION D/B/A DEVEREUX BENETO CENTER, THE DEVEREUX FOUNDATION D/B/A DEVEREUX CHILDREN'S BEHAVIORAL HEALTH SERVICES A/K/A CBH, THE DEVEREUX FOUNDATION D/B/A CHILDREN'S BEHAVIORAL HEALTH SERVICES BRANDYWINE PROGRAMS, THE DEVEREUX FOUNDATION D/B/A DEVEREUX CHILDREN'S BEHAVIORAL HEALTH CENTER, A/K/A DCBHC ACUTECARE, THE HELENA DEVEREUX FOUNDATION A/K/A HDF, DEVEREUX PROPERTIES, INC., DEVEREUX SCHOOLS, INC., DEVEREUX SCHOOLS, DEVEREUX BRANDYWINE, DEVEREUX DAY SCHOOL BRANDYWINE, DEVEREUX BRANDYWINE HIGH SCHOOL, DEVEREUX BRANDYWINE MIDDLE SCHOOL, AND ROBERT FLOOD | : : : : : : : : : : : : : : : : : : : : : : : : : : : : | |
| | : | |
| | : | |
| PETITION OF: THE DEVEREUX FOUNDATION, THE DEVEREUX FOUNDATION D/B/A DEVEREUX ADVANCED BEHAVIORAL HEALTH, THE | : : : : | |

DEVEREUX FOUNDATION D/B/A          :
DEVEREUX ADVANCED BEHAVIORAL       :
HEALTH PENNSYLVANIA, THE           :
DEVEREUX FOUNDATION D/B/A          :
DEVEREUX PENNSYLVANIA, THE         :
DEVEREUX FOUNDATION D/B/A          :
DEVEREUX BENETO CENTER, THE        :
DEVEREUX FOUNDATION D/B/A          :
DEVEREUX CHILDREN'S BEHAVIORAL     :
HEALTH SERVICES A/K/A CBH, THE     :
DEVEREUX FOUNDATION D/B/A          :
CHILDREN'S BEHAVIORAL HEALTH       :
SERVICES BRANDYWINE PROGRAMS,      :
THE DEVEREUX FOUNDATION D/B/A      :
DEVEREUX CHILDREN'S BEHAVIORAL     :
HEALTH CENTER, A/K/A DCBHC         :
ACUTECARE, THE HELENA DEVEREUX     :
FOUNDATION A/K/A HDF, DEVEREUX     :
PROPERTIES, INC., DEVEREUX         :
SCHOOLS, INC., DEVEREUX SCHOOLS,   :
DEVEREUX BRANDYWINE, DEVEREUX      :
DAY SCHOOL BRANDYWINE, DEVEREUX    :
BRANDYWINE HIGH SCHOOL,            :
DEVEREUX BRANDYWINE MIDDLE         :
SCHOOL                             :

## ORDER

**PER CURIAM**

     **AND NOW**, this 14th day of February, 2022, the Petition for Allowance of Appeal is **DENIED**.